FILED

08 MAR 26 PM 3:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '08 CR 0894 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAYMUNDO ISRAEL REYES-CHACON,<br>Defendant. | Criminal Case No. ___________<br>I N D I C T M E N T<br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 1546(a) - Fraud and Misuse of Entry Document |

The grand jury charges:

Count 1

On or about March 15, 2008, within the Southern District of California, defendant RAYMUNDO ISRAEL REYES-CHACON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Mejorado-Pena, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

JDM:fer:Imperial
3/21/08

Count 2

On or about March 15, 2008, within the Southern District of California, defendant RAYMUNDO ISRAEL REYES-CHACON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Mejorado-Pena, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 3

On or about March 15, 2008, within the Southern District of California, defendant RAYMOUNDO ISRAEL REYES-CHACON, did knowingly and willfully possess a document prescribed by statute or regulation for entry into the United States, namely, a Permanent Resident Alien card I-551, bearing the name of Aniceto Luengas-Morales, knowing it to have been unlawfully obtained; in violation of Title 18, United States Code, Section 1546(a).

DATED: March 26, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JEFFREY D. MOORE
Assistant U.S. Attorney