JONATHAN DAVID FRANK
160 Thorn Street Suite 2
San Diego, CA 92103
(858) 722-2100
State Bar Number 89384

Attorney for Material Witnesses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. LEO PAPAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMUNDO ISRAEL REYES-CHACON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08CR0894DMS<br>Mag. No. 08MJ0826<br><br>DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR VIDEO DEPOSITION OF MATERIAL WITNESS<br><br>DATE: April 24, 2008<br><br>TIME: 1:30 P. M.<br>DEPT: Battaglia |

I, JONATHAN DAVID FRANK declare:

I am an attorney duly licensed to practice before all the courts of this State and this District and Circuit. I am the attorney of record for the material witness in the above action. I have personal knowledge of the facts set forth in this action and could testify competently thereto if called.

My client, JUAN MEJORADO-PENA, in this action has been in federal custody since March 15, 2008. He has been held as a material witness in the above captioned case. My client is unable to locate a surety to post bond.

/////

This case was indicted on or before March 26, 2008.

My client has indicated to me that each day he spends in custody is a hardship to my client and his family as he is needed to provide support and care for his family.

The testimony of the witness could be secured via videotaped depositions. This is a procedure in routine practice in this district in material witness cases. At such a deposition, all parties would be given the opportunity to fully and completely examine the witness. In addition, the proceedings would be videotaped creating a visual and auditory record of the proceeding. Such videotaped deposition could be introduced at trial in stead of the live testimony of the material witness.

Based on the above it respectfully requested that this motion be granted, that said deposition take place at the earliest possible time, and that my client be allowed to voluntarily return to his home in Mexico immediately thereafter.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except as to those matters stated to be based upon information and belief and, as to those matters, I am informed and believe that they are true and correct. Executed this April 8, 2008 in Markleeville, California.

S/____________________________
JONATHAN DAVID FRANK,
Attorney for Material Witnesses