**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, CA 92101
Telephone: (61) 794-0451
Facsimile: (619) 652-9964
email: timscottlaw@cox.net

Attorneys for Reymundo Reyes-Chacon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REYMUNDO REYES-CHACON<br><br>Defendant. | Case No. 08cr0894-DMS<br><br>Date: May 9, 2008<br>Time: 2:00 p.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>1) Suppress Statements;<br><br>2) Hold Statements Hearing; and<br><br>3) Compel Discovery. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
CHRISTINA M. McCALL ASSISTANT UNITED STATES ATTORNEY.

**PLEASE TAKE NOTICE** that on May 9, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, Reymundo Reyes-Chacon, by and through counsel Timothy A. Scott, will ask this Court to enter an order granting the motions described above.

Dated: April 25, 2008

Respectfully submitted,

*s/ Timothy A. Scott*

**TIMOTHY A. SCOTT**

Attorneys for Mr. Reyes-Chacon