# United States
# v.
# Reyes-Chacon

[OV] - Overlapping Voices

[IA] - Inaudible

*Italics* - Originally spoken in English

**Officer Rosario:** *Today's date is March 15, 2008. The time is 9:35 a.m. at the San Ysidro port of entry. I am enforcement officer Rosario. I will be interviewing a subject suspected of alien smuggling. The interview will be witnessed by officer Gonzalez.* Good morning. Do you want water?

**Reyes-Chacon:** Yes.

**Officer Gonzalez:** There's water here.

**Officer Rosario:** I'm officer Rosario (and this is) officer Gonzalez. Do you prefer to speak in English?

**Reyes-Chacon:** Spanish.

**Officer Rosario:** Spanish?

**Reyes-Chacon:** Spanish.

**Officer Rosario:** That's fine. [IA]. We want to talk to you about the situation that went on today but first I'm going to explain that you're under arrest for Code 8 of the United States Law, number 1324, for bringing undocumented people to the country, to the United States. I'm going to read you your rights in Spanish. I need you to understand your rights. If you understand each right, say yes, if you don't, then say you don't and we'll explain it to you again, okay?

**Reyes-Chacon:** Yes.

**Officer Rosario:** You have the right to remain silent, understand?

**Reyes-Chacon:** Yes.

**Officer Rosario:** Anything you say can be used against you in a court of law or any administrative or immigration proceeding. Understand?

**Reyes-Chacon:** Yes.

**Officer Rosario:** You have the right to speak to an attorney so that he can advise you before we ask you any questions and to have him present during questioning. Understand?

**Reyes-Chacon:** [Nods yes]

**Officer Rosario:** Yes?

**Reyes-Chacon:** [Nods yes]

**Officer Rosario:** If you don't have money to hire an attorney one can be appointed to you before we ask any questions, if you desire. Understand?

**Reyes-Chacon:** Yes.

**Officer Rosario:** If you decide to answer our questions now without having an attorney present you always have the right to continue answering whenever you'd like until you can speak with an attorney. Understand?

**Reyes-Chacon:** [Nods yes]

**Officer Rosario:** Do you understand all your rights? Do you have any questions about your rights?

**Reyes-Chacon:** Well, yes, I understand all of them.

**Officer Rosario:** You understand them all?

**Reyes-Chacon:** Mm-hmm.

**Officer Rosario:** Your name is Raymundo-

**Reyes-Chacon:** Raymundo -

**Officer Rosario:** Raymundo-

**Reyes-Chacon:** Israel Reyes-Chacon.

**Officer Rosario:** If you understand your rights just as I've read them, I need you to sign here, just indicating that you understand your rights. Can you read this out loud? And tell me if you agree with that.

**Reyes-Chacon:** I need my glasses.

**Officer Rosario:** You need your glasses? Are these them?

**Reyes-Chacon:** Yes. I've read this declaration about my rights and I understand what they are.

**Officer Rosario:** Do you agree? That means that you understand your rights. Okay. We're at the San Ysidro port of entry, it's March 15, 2008. Okay, um, now that you understand your rights, are you going to want to speak with us? Are you willing to speak with us? [And] explain to us what's going on?

**Reyes-Chacon:** I would need an attorney but [IA]

**Officer Rosario:** No, one of your rights is that if you don't have the right to an attorney-

**Officer Rosario:** [OV] -one

**Officer Gonzalez:** the government will provide you with one. Now, our question is - do you understand your rights or should we read them to you again?

**Officer Rosario:** Do you want us to read them to you again so that you can understand them?

**Reyes-Chacon:** No, well, don't ask anything if I don't have an attorney and -

**Officer Rosario:** Well, that's one of your rights, it's your decision [OV]

**Officer Gonzalez:** You can exercise your right -

**Officer Rosario:** If you want to speak with us before you have an attorney. Or if you don't want to answer one of our questions during questioning, just say "Okay, I can't answer that question". But, I mean, now, we're going to read your rights again, okay? Because I feel like you kind of do and don't understand them. Are you sure you understand them? It's very important, okay?

**Officer Gonzalez:** Which is the one that you don't understand?

**Officer Rosario:** Read all of them to him, at once.

**Officer Gonzalez:** Okay. You have the right to remain silent.

**Reyes-Chacon:** Yes

**Officer Gonzalez:** Anything you say can be used against you in a court of law or in any other administrative or immigration proceeding. You have the right to speak with an attorney so that he can advise you and to have him present during questioning. If you don't have money to hire an attorney, one can be assigned to you before we ask you any questions, if you desire. If you decide to answer our questions now without having an attorney present, you will always have the right to stop answering whenever you'd like until you can speak with an attorney. Did you understand everything I said?

**Reyes-Chacon:** Yes.

**Officer Gonzalez:** Yes, okay. Now, having these rights in mind, are you willing to answer our questions, the ones that you want, if you'd like.

**Reyes-Chacon:** Yes.

**Officer Gonzalez:** Do you agree with that?

**Officer Rosario:** Okay, it's a [IA] question. Are you willing to answer our questions?

**Officer Gonzalez:** Yes.

**Reyes-Chacon:** Okay.

**Officer Rosario:** You also have the right [IA]

**Officer Gonzalez:** [IA] you can exercise your rights at any time. Now, please read this paragraph -

**Officer Rosario:** Can you read it out loud so [IA] you're reading.

**Reyes-Chacon:** I am willing to participate -

**Officer Gonzalez:** To make-

**Reyes-Chacon:** To make statements and to answer questions. For the moment I don't wish to have an attorney. I understand and am conscious of what I'm doing. I haven't been pr-

**Officer Gonzalez:** Promised -

**Reyes-Chacon:** -promised -

**Officer Rosario:** Threatened -

**Reyes-Chacon:** -Threatened, pressured or

**Officer Gonzalez:** coerced-

**Reyes-Chacon:** C-c

**Officer Gonzalez:** That means if we're forcing - or if we're forcing or in some way forcing you-

**Reyes-Chacon:** [IA] of any kind.

**Officer Gonzalez:** Do you agree?

**Officer Rosario:** in your own words, what does it say there?

**Reyes-Chacon:** Well that I'm going to cooperate with you guys [OV]

**Officer Gonzalez:** Voluntarily, right? [OV]

**Officer Rosario:** We're not forcing you-

**Officer Gonzalez:** Are we forcing you in any way?

**Reyes-Chacon:** No.

**Officer Rosario:** We're not offering you anything in exchange of you telling us anything.

**Officer Gonzalez:** So do you agree with that?

**Reyes-Chacon:** Yes.

**Officer Rosario:** Okay. [IA] . . . .