FILED

APR 29 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
RAYMUNDO ISRAEL REYES-CHACON,
Defendant.

Crim.Case No.08CR0894DMS
Magistrate No. 08MJ0826

STIPULATION AND
ORDER RELEASING
MATERIAL WITNESS

JUAN MEJORADO-PENA

The video deposition of the material witness having been concluded, there being no objection to the release of the material witness the parties hereby stipulate to the herein order:

IT IS HEREBY ORDERED that the following named person(s) heretofore committed to the custody of the United States Marshal as a material witness(es) be released from custody:

JUAN MEJORADO-PENA

Dated:

UNITED STATES MAGISTRATE/DISTRICT JUDGE

Attorney for Material Witness

Attorney for Defendant

Christ E McCall
Assistant U.S.Attorney

Timothy A. Scott