**TIMOTHY A. SCOTT**
LAW OFFICES OF TIMOTHY A. SCOTT, APC
California Bar No. 215074
1350 Columbia Street, Suite 600
San Diego, CA 92101
619.794.0451
timscottlaw@cox.net

Attorneys for
Mr. Reyes-Chacon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff<br><br>v.<br><br>RAYMUNDO REYES-CHACON<br><br>Defendant. | Case No. 08cr0894-DMS<br><br>JOINT MOTION AND STIPULATION TO CONTINUE TRIAL DATE |

The United States, by and through AUSA Christina M. McCall, and the defendant, by and through counsel Timothy A. Scott, hereby stipulate and jointly move as follows:

1. That the trial date shall be continued to October 27, 2008 at 9:00 a.m.

//

//

//

//

//

//

//

2. That excludable time shall result in the interim.

So stipulated.

DATE: August 12, 2008

___*s/ Timothy A. Scott*___________
TIMOTHY A. SCOTT
Attorney for Mr. Reyes-Chacon

So stipulated.

DATE: August 12, 2008

__*s/ Christina M. McCall*________
Christina M. McCall
Assistant U.S. Attorney