**TIMOTHY A. SCOTT**
LAW OFFICES OF TIMOTHY A. SCOTT, APC
California Bar No. 215074
1350 Columbia Street, Suite 600
San Diego, CA 92101
619.794.0451
timscottlaw@cox.net

Attorneys for
Mr. Reyes-Chacon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES,<br><br>Plaintiff<br><br>v.<br><br>RAYMUNDO REYES-CHACON<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08cr0894-DMS<br><br>ORDER<br>TO CONTINUE TRIAL DATE |

Upon joint motion of the government and defense, **IT IS ORDERED AS FOLLOWS:**

1. The present trial date shall be vacated and sentencing shall be continued to October 27, 2008 at 9:00 a.m.

2. Time shall be excludable in the interim under the Speedy Trial Act, as stipulated by the parties.

**SO ORDERED.**

DATED: August 12, 2008

HON. DANA M. SABRAW
United States District Judge