TIMOTHY A. SCOTT
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Raymundo Israel Reyes-Chacon

EX PARTE FILED
08 NOV -3 PM 3: 54

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Raymundo Israel Reyes-Chacon ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No. 08cr0894-WQH <br><br> Date: <br> Time: <br><br> **ORDER** <br><br> 1) To approve transcription and translation of material witness photo line-up identification by certified court interpreter. |

Upon application of Mr. Reyes-Chacon by and through counsel, and good cause being shown, it is hereby ordered as follows:

1. Transcription and translation of material witness photo line-up identification by a certified court interpreter is approved.

11/3/08
Date

HONORABLE WILLIAM Q. HAYES
District Judge