# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , | CASE NO. 08CR894 WQH |
| Plaintiff, | ORDER |
| vs. | |
| RAYMUNDO ISRAEL REYES-CHACON, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the motion to reconsider the order excluding material witness deposition from trial filed by Plaintiff United States of America. (Doc. # 56).

On December 16, 2008, this Court found that under the facts of this case the deposition of the material witness does not satisfy the requirements of Fed. R. Evid. 804(b)(1). The Court found that the manner of taking the deposition of the material witness in this case did not comply with the requirements of Fed. R. Crim. P. 15(e)(3), that the deposition testimony of the material witness is hearsay, and that Fed. R. Evid. 804(b)(1) does not apply to allow its admission. The Court concluded that the deposition of the material witness may not be admitted into evidence pursuant to 8 U.S.C. §1324(d) because the deposition does not "otherwise compl[y] with the Federal Rules of Evidence." (Doc. # 53 at 5).

The United States moves to this Court to reconsider the order excluding the deposition of the material witness from trial on the grounds that the Defendant demonstrated no prejudice

1 resulting when the Government did not provide a copy of the videotape of the photographic
2 lineup after it had been conducted and prior to the deposition of the material witness.  The
3 Government asserts that the Court erred when it "engaged in a strict, literal interpretation of
4 the impact"of the Federal Rules of Criminal Procedure and the Federal Rules of Evidence.
5 (Doc. # 56-2 at 3).  The Government further contends for the first time that the selective
6 redaction of the deposition is appropriate.  Defendant opposes reconsideration.

## RULING OF THE COURT

8       The Court declines to reconsider the order granting the motion to preclude the
9 government from admitting the deposition of the material witness at trial filed on December
10 16, 2008.  (Doc. # 53).  The Court concludes that the application of the Federal Rules of
11 Criminal Procedure and the Federal Rules of Evidence to the facts of this case was proper and
12 that there are no legal or factual grounds for reconsideration.

13       IT IS HEREBY ORDERED that the motion to reconsider the order excluding material
14 witness deposition from trial filed by Plaintiff United States of America (Doc. # 56) is
15 DENIED.

16 DATED:  January 8, 2009

                             **WILLIAM Q. HAYES**
                             United States District Judge